JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

HECTOR JOSUE ESPINOZA CALERO,

Petitioner,

v.

FACILITY ADMINISTRATOR, Adelanto ICE Processing Center, et al,

Respondents.

Case No. 5:26-cv-06331-MRA-DTB

**JUDGMENT**

**A# 246 227 874**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued ordering Respondents to immediately release Petitioner Hector Josue Espinoza Calero (A# 246-227-874) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Respondents are ordered to return all property and documents confiscated from Petitioner (if any) during his arrest and processing into detention.

Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, are enjoined from re-

detaining Petitioner without complying with all applicable statutes and regulations, including written notice and a pre-deprivation hearing before a neutral arbiter.

Respondents are ordered to file a status report within two (2) business days of the date of this Order to confirm that Petitioner's release from custody is subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

DATED: November 4, 2026__

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE